**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:      David Spencer<br><br>                              Debtor<br><br>LSF9 Master Participation Trust, or its Successor or Assignee<br>                              Movant<br>          vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>David Spencer<br>                              Respondents | Chapter 13<br>Bankruptcy No. 19-17713-jkf |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears on behalf of LSF9 Master Participation Trust, secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated:   February 12, 2020

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID # 87830
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for LSF9 Master Participation Trust
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com